# EXHIBIT B

| Client Name | Brian Peters |
|---|---|
| Company Name | British American Tobacco p.l.c. |
| Ticker Symbol | BTI |
| Security Type | |
| Class Period Start | 02-09-2023 |
| Class Period End | 12-06-2023 |
| 90-DAY Lookback Period Start | 12-07-2023 |
| 90-DAY Lookback Period End | 03-05-2024 |
| 90-DAY Lookback Average | $ 29.84 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $6,832.65 |
| DURA LIFO* Total | $6,832.65 |
| Gross Shares Purchased | 1212.8609 |
| Net Shares Retained | 1212.8609 |
| Net Funds Expended | $43,025.63 |

**Brian Peters - Account 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-14-2023 | 600 | 38.0099 | $ 22,805.94 | | | | | | - | 600 | 600 | $ 29.84 | $ 17,904.60 | $ 4,901.34 | $ 4,901.34 |
| 04-14-2023 | 75 | 35.4762 | $ 2,660.72 | | | | | | - | 75 | 75 | $ 29.84 | $ 2,238.08 | $ 422.64 | $ 422.64 |
| 05-09-2023 | 90.2685 | 35.3759 | $ 3,193.33 | | | | | | - | 90.2685 | 90.2685 | $ 29.84 | $ 2,693.70 | $ 499.63 | $ 499.63 |
| 06-07-2023 | 75 | 32.26 | $ 2,419.50 | | | | | | - | 75 | 75 | $ 29.84 | $ 2,238.08 | $ 181.43 | $ 181.43 |
| 08-08-2023 | 75 | 32.4393 | $ 2,432.95 | | | | | | - | 75 | 75 | $ 29.84 | $ 2,238.08 | $ 194.87 | $ 194.87 |
| 08-24-2023 | 104.6322 | 32.6501 | $ 3,416.25 | | | | | | - | 104.6322 | 104.6322 | $ 29.84 | $ 3,122.33 | $ 293.92 | $ 293.92 |
| 09-06-2023 | 80 | 32.385 | $ 2,590.80 | | | | | | - | 80 | 80 | $ 29.84 | $ 2,387.28 | $ 203.52 | $ 203.52 |
| 11-09-2023 | 112.9602 | 31.0388 | $ 3,506.15 | | | | | | - | 112.9602 | 112.9602 | $ 29.84 | $ 3,370.85 | $ 135.30 | $ 135.30 |
| **Total:** | **1212.8609** | | **$ 43,025.63** | | | | | | | **1212.8609** | **1212.8609** | | **$ 36,192.98** | **$6,832.65** | **$6,832.65** |

| Client Name | Brian Peters |
|---|---|
| Company Name | British American Tobacco p.l.c. |
| Ticker Symbol | BTI |
| Security Type | |
| Class Period Start | 02-09-2023 |
| Class Period End | 12-06-2023 |
| 90-DAY Lookback Period Start | 12-07-2023 |
| 90-DAY Lookback Period End | 03-05-2024 |
| 90-DAY Lookback Average | $ 29.84 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $22,188.03 |
| DURA LIFO* Total | $22,188.03 |
| Gross Shares Purchased | 6024.306 |
| Net Shares Retained | 6024.306 |
| Net Funds Expended | $201,959.34 |

**Brian Peters - Account 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-31-2023 | 2845 | 35.0899 | $ 99,830.77 | | | | | | - | 2845 | 2845 | $ 29.84 | $ 84,897.65 | $ 14,933.12 | $ 14,933.12 |
| 08-18-2023 | 3115 | 32.1199 | $ 100,053.49 | | | | | | - | 3115 | 3115 | $ 29.84 | $ 92,954.72 | $ 7,098.77 | $ 7,098.77 |
| 08-23-2023 | 64.306 | 32.269 | $ 2,075.09 | | | | | | - | 64.306 | 64.306 | $ 29.84 | $ 1,918.96 | $ 156.13 | $ 156.13 |
| **Total:** | **6024.306** | | **$201,959.34** | | | | | | | **6024.306** | **6024.306** | | **$179,771.32** | **$22,188.03** | **$22,188.03** |

| Client Name | Brian Peters |
|---|---|
| Company Name | British American Tobacco p.l.c. |
| Ticker Symbol | BTI |
| Security Type | |
| Class Period Start | 02-09-2023 |
| Class Period End | 12-06-2023 |
| 90-DAY Lookback Period Start | 12-07-2023 |
| 90-DAY Lookback Period End | 03-05-2024 |
| 90-DAY Lookback Average | $ 29.84 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $12,301.26 |
| DURA LIFO* Total | $12,301.26 |
| Gross Shares Purchased | 4483.465 |
| Net Shares Retained | 4483.465 |
| Net Funds Expended | $146,092.34 |

**Brian Peters - Account 3**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-08-2023 | 321.101 | 35.718 | $ 11,469.09 | | | | | | - | 321.101 | 321.101 | $ 29.84 | $ 9,581.97 | $ 1,887.11 | $ 1,887.11 |
| 06-08-2023 | 3265 | 32.5287 | $ 106,206.21 | | | | | | - | 3265 | 3265 | $ 29.84 | $ 97,430.87 | $ 8,775.34 | $ 8,775.34 |
| 08-23-2023 | 441.676 | 32.269 | $ 14,252.44 | | | | | | - | 441.676 | 441.676 | $ 29.84 | $ 13,180.05 | $ 1,072.39 | $ 1,072.39 |
| 11-08-2023 | 455.688 | 31.084 | $ 14,164.61 | | | | | | - | 455.688 | 455.688 | $ 29.84 | $ 13,598.19 | $ 566.42 | $ 566.42 |
| **Total:** | **4483.465** | | **$ 146,092.34** | | | | | | | **4483.465** | **4483.465** | | **$ 133,791.08** | **$ 12,301.26** | **$ 12,301.26** |

| Client Name | Brian Peters |
|---|---|
| Company Name | British American Tobacco p.l.c. |
| Ticker Symbol | BTI |
| Security Type | |
| Class Period Start | 02-09-2023 |
| Class Period End | 12-06-2023 |
| 90-DAY Lookback Period Start | 12-07-2023 |
| 90-DAY Lookback Period End | 03-05-2024 |
| 90-DAY Lookback Average | $ 29.84 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 656.90 |
| DURA LIFO* Total | $ 656.90 |
| Gross Shares Purchased | 223.733 |
| Net Shares Retained | 223.733 |
| Net Funds Expended | $7,333.91 |

**Brian Peters - Account 4**

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-08-2023 | 20.255 | 35.4779 | $ 718.60 | | | | | | - | 20.255 | 20.255 | $ 29.84 | $ 604.43 | $ 114.18 | $ 114.18 |
| 06-28-2023 | 150 | 32.765 | $ 4,914.75 | | | | | | - | 150 | 150 | $ 29.84 | $ 4,476.15 | $ 438.60 | $ 438.60 |
| 08-25-2023 | 26.161 | 32.5947 | $ 852.71 | | | | | | - | 26.161 | 26.161 | $ 29.84 | $ 780.67 | $ 72.04 | $ 72.04 |
| 11-08-2023 | 27.317 | 31.0154 | $ 847.25 | | | | | | - | 27.317 | 27.317 | $ 29.84 | $ 815.17 | $ 32.08 | $ 32.08 |
| Total: | 223.733 | | $ 7,333.31 | | | | | | | 223.733 | 223.733 | | $ 6,676.42 | $ 656.90 | $ 656.90 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $41,978.84 |
| DURALIFO* Total | $41,978.84 |
| Gross Shares Purchased | 11944.3649 |
| Net Shares Retained | 11944.3649 |
| Net Funds Expended | $ 398,410.63 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.