# EXHIBIT C

## Financial Interest Analysis

**Company Name:** British American Tobacco p.l.c.
**Ticker:** BTI
**Class Period:** February 9, 2023 to December 6, 2023
**Name:** Dean Trautmann

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/30/2023 | 80 | $32.2900 | -$2,583.2000 | | $0.0000 | -$2,583.20 |
| 5/30/2023 | 600 | $32.3000 | -$19,380.0000 | | $0.0000 | -$19,380.00 |
| 7/14/2023 | 570 | $33.1900 | -$18,918.3000 | | $0.0000 | -$18,918.30 |

| **Shares Retained:** | **1,250** | | | | **Subtotal:** | **-$40,881.50** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $37,289.58 |
| | | | $29.8317 | 1,250 | **Total:** | **-$3,591.92** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/23/2023 | 300 | $34.5300 | -$10,359.0000 | | $0.0000 | -$10,359.00 |

| **Shares Retained:** | **300** | | | | **Subtotal:** | **-$10,359.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $8,949.50 |
| | | | $29.8317 | 300 | **Total:** | **-$1,409.50** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/21/2023 | 500 | $38.1800 | -$19,090.0000 | | $0.0000 | -$19,090.00 |
| 5/30/2023 | 100 | $32.6000 | -$3,260.0000 | | $0.0000 | -$3,260.00 |

| **Shares Retained:** | **600** | | | | **Subtotal:** | **-$22,350.00** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $17,899.00 |
| | | | $29.8317 | 600 | **Total:** | **-$4,451.00** |

| | **Combined Total:** | **-$9,452.42** |
|---|---|---|

Notes

The 90-Day Average Price used in this loss chart is the average closing price between December 6, 2023 and March 4, 2024.