# Exhibit 3

**British American Tobacco p.l.c Loss Chart**
**between February 9, 2023 to December 6, 2023**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 29.86 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jean H. Lee | 3/17/2023 | 6,400 | ($35.8500) | ($229,440.00) | 4/11/2023 | 100 | $35.85 | $3,585.00 | | | | | |
| | 3/17/2023 | 100 | ($35.8490) | ($3,584.90) | 4/11/2023 | 3,330 | $35.85 | $119,380.50 | | | | | |
| | 3/17/2023 | 3,500 | ($35.8450) | ($125,457.50) | 4/11/2023 | 18,871 | $35.28 | $665,833.83 | | | | | |
| | 3/23/2023 | 10,000 | ($34.9100) | ($349,100.00) | 4/11/2023 | 100 | $34.88 | $3,488.00 | | | | | |
| | 3/23/2023 | 10,888 | ($34.8800) | ($379,773.44) | 4/11/2023 | 3,578 | $35.01 | $125,266.43 | | | | | |
| | 3/23/2023 | 92 | ($34.8400) | ($3,205.28) | 4/11/2023 | 5,001 | $35.34 | $176,748.28 | | | | | |
| | 4/14/2023 | 10,000 | ($35.1891) | ($351,891.00) | 4/17/2023 | 10,000 | $35.19 | $351,891.00 | | | | | |
| | 4/14/2023 | 4,529 | ($35.2000) | ($159,420.80) | 4/17/2023 | 2,000 | $35.20 | $70,400.00 | | | | | |
| | 4/14/2023 | 700 | ($35.1999) | ($24,639.93) | 4/17/2023 | 100 | $35.20 | $3,520.00 | | | | | |
| | 4/14/2023 | 1,871 | ($35.1996) | ($65,858.45) | 4/17/2023 | 700 | $35.20 | $24,640.00 | | | | | |
| | 4/14/2023 | 2,798 | ($35.1950) | ($98,475.61) | 4/17/2023 | 7,200 | $35.20 | $253,424.17 | | | | | |
| | 4/14/2023 | 102 | ($35.1900) | ($3,589.38) | 4/18/2023 | 1,100 | $35.21 | $38,730.01 | | | | | |
| | 4/18/2023 | 10,000 | ($35.2091) | ($352,091.00) | 4/18/2023 | 5,050 | $35.21 | $177,805.96 | | | | | |
| | 4/18/2023 | 1,000 | ($35.1884) | ($35,188.40) | 4/18/2023 | 4,850 | $35.20 | $170,743.43 | | | | | |
| | 5/4/2023 | 10,000 | ($35.3199) | ($353,199.00) | 5/5/2023 | 10,000 | $35.32 | $353,199.00 | | | | | |
| | 5/4/2023 | 5,001 | ($35.3200) | ($176,635.32) | | | | | | | | | |
| | 5/4/2023 | 2,799 | ($35.3192) | ($98,858.44) | | | | | | | | | |
| | 5/4/2023 | 2,200 | ($35.3150) | ($77,693.00) | | | | | | | | | |
| | 5/9/2023 | 10,000 | ($35.3700) | ($353,700.00) | | | | | | | | | |
| | 5/9/2023 | 10,000 | ($35.3600) | ($353,600.00) | | | | | | | | | |
| | 5/9/2023 | 2,905 | ($35.3500) | ($102,691.75) | | | | | | | | | |
| | 6/5/2023 | 695 | ($31.9397) | ($22,198.09) | | | | | | | | | |
| | 8/3/2023 | 658 | ($32.6295) | ($21,470.21) | | | | | | | | | |
| | 8/4/2023 | 1 | ($32.6200) | ($32.62) | | | | | | | | | |
| | 8/15/2023 | 283 | ($31.8599) | ($9,016.35) | | | | | | | | | |
| | 9/25/2023 | 2,013 | ($32.2900) | ($64,999.77) | | | | | | | | | |
| | 10/3/2023 | 133 | ($30.1899) | ($4,015.26) | | | | | | | | | |
| | 10/3/2023 | 2 | ($30.1900) | ($60.38) | | | | | | | | | |
| | 10/12/2023 | 373 | ($29.8100) | ($11,119.13) | | | | | | | | | |
| | | 109,043 | | ($3,831,005.01) | | 71,980 | | $2,542,396.53 | 37,063 | $1,106,701.18 | ($181,907.30) | | |