UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GARY DAVID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRITISH AMERICAN TOBACCO P.L.C., JACK MARIE HENRY DAVID BOWLES, TADEU MARROCO, and JAVED IQBAL,<br><br>Defendants. | Civil Action No. 1:24-cv-00517-AMD-MMH<br><br>CLASS ACTION<br><br>DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL |

4872-9908-3439.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Brett A. Doyle and Logix LLC (collectively, "Mr. Doyle") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Mr. Doyle's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on January 24, 2024;

Exhibit B:      Mr. Doyle's Sworn Certifications;

Exhibit C:      Chart of Mr. Doyle's estimated losses, prepared by counsel; and

Exhibit D:      Mr. Doyle's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of March, 2024.



*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4872-9908-3439.v1