# EXHIBIT C

Movants' Purchases and Losses    Case 1:24-cv-00517-AMD-MMH   Document 16-3 - Filed 03/25/24   Page 2 of 4 PageID #: 284   British American Tobacco plc

Class Period: 02/09/2023 - 12/06/2023

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Logix LLC - Account 1** | 11/10/2023 | 600.000 | $30.39 | $18,231.00 | 11/16/2023 | 151.000 | $31.18 | $4,708.63 | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | 01/11/2024 | 300.000 | $30.24 | $9,072.00 | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | 01/11/2024 | 100.000 | $30.24 | $3,024.00 | |
| | 11/10/2023 | 2,000.000 | $30.38 | $60,760.00 | 01/11/2024 | 200.000 | $30.24 | $6,048.00 | |
| | 11/10/2023 | 549.000 | $30.39 | $16,683.01 | 01/11/2024 | 300.000 | $30.24 | $9,072.00 | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | 01/11/2024 | 100.000 | $30.24 | $3,024.00 | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | 01/11/2024 | 100.000 | $30.24 | $3,024.00 | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | 01/11/2024 | 100.000 | $30.24 | $3,024.00 | |
| | 11/10/2023 | 200.000 | $30.38 | $6,076.00 | 01/11/2024 | 200.000 | $30.24 | $6,048.00 | |
| | 11/10/2023 | 100.000 | $30.39 | $3,038.50 | 01/11/2024 | 263.000 | $30.24 | $7,953.12 | |
| | 11/10/2023 | 200.000 | $30.38 | $6,076.00 | held | 14,337.000 | $29.84 | $427,830.42 | |
| | 11/10/2023 | 1,200.000 | $30.39 | $36,468.00 | | | | | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | | | | | |
| | 11/10/2023 | 100.000 | $30.38 | $3,038.00 | | | | | |
| | 11/10/2023 | 1.000 | $30.38 | $30.38 | | | | | |
| | 11/13/2023 | 100.000 | $31.25 | $3,124.50 | | | | | |
| | 11/13/2023 | 2.000 | $31.25 | $62.50 | | | | | |
| | 11/13/2023 | 300.000 | $31.25 | $9,375.00 | | | | | |
| | 11/13/2023 | 100.000 | $31.25 | $3,125.00 | | | | | |
| | 11/13/2023 | 160.000 | $31.25 | $5,000.00 | | | | | |
| | 11/13/2023 | 17.000 | $31.25 | $531.25 | | | | | |
| | 11/13/2023 | 40.000 | $31.25 | $1,249.80 | | | | | |
| | 11/13/2023 | 400.000 | $31.25 | $12,499.20 | | | | | |
| | 11/13/2023 | 100.000 | $31.25 | $3,125.00 | | | | | |
| | 11/13/2023 | 581.000 | $31.25 | $18,156.25 | | | | | |
| | 11/13/2023 | 200.000 | $31.25 | $6,250.00 | | | | | |
| | 11/13/2023 | 100.000 | $31.25 | $3,125.00 | | | | | |
| | 11/13/2023 | 200.000 | $31.25 | $6,249.98 | | | | | |
| | 11/13/2023 | 100.000 | $31.25 | $3,125.00 | | | | | |
| | 11/13/2023 | 17.000 | $31.25 | $531.25 | | | | | |
| | 11/13/2023 | 83.000 | $31.25 | $2,593.75 | | | | | |
| | 11/15/2023 | 2,740.000 | $31.37 | $85,948.32 | | | | | |
| | 11/16/2023 | 1,500.000 | $31.22 | $46,822.50 | | | | | |
| | 11/17/2023 | 500.000 | $31.31 | $15,654.40 | | | | | |
| | 11/20/2023 | 1,200.000 | $31.38 | $37,653.60 | | | | | |
| | 11/20/2023 | 100.000 | $31.38 | $3,137.50 | | | | | |
| | 11/21/2023 | 1,500.000 | $31.76 | $47,632.50 | | | | | |
| | 11/22/2023 | 500.000 | $31.97 | $15,983.50 | | | | | |
| | 11/24/2023 | 61.000 | $32.28 | $1,968.78 | | | | | |
| | | **16,151.000** | | **$501,553.47** | | **16,151.000** | | **$482,828.17** | **($18,725.30)** |
| **Brett Doyle - Account 1** | 02/21/2023[A] | 275.000 | $38.30 | $10,532.50 | held | 8,539.343 | $29.84 | $254,822.53 | |
| | 03/13/2023[A] | 500.000 | $36.85 | $18,425.00 | | | | | |
| | 03/13/2023[A] | 72.806 | $36.85 | $2,682.90 | | | | | |
| | 03/24/2023 | 0.354 | $35.30 | $12.49 | | | | | |
| | 03/24/2023 | 1.000 | $35.30 | $35.30 | | | | | |
| | 03/24/2023 | 1,854.000 | $35.29 | $65,427.66 | | | | | |
| | 03/30/2023 | 0.248 | $35.22 | $8.73 | | | | | |
| | 03/30/2023 | 633.000 | $35.22 | $22,291.10 | | | | | |
| | 04/04/2023 | 0.026 | $35.49 | $0.92 | | | | | |
| | 04/04/2023 | 1.000 | $35.49 | $35.49 | | | | | |

Movants' Purchases and Losses    Case 1:24-cv-00517-AMD-MMH    Document 16-3    Filed 03/25/24    Page 3 of 4 PageID #: 285    British American Tobacco plc

Class Period: 02/09/2023 - 12/06/2023

| | Date | Shares | Price | Amount | | Shares | Price | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | 04/04/2023 | 3,117.000 | $35.49 | $110,619.52 | | | | | |
| | 04/28/2023 | 0.940 | $36.90 | $34.69 | | | | | |
| | 04/28/2023 | 113.000 | $36.90 | $4,169.70 | | | | | |
| | 05/08/2023 | 0.044 | $35.76 | $1.57 | | | | | |
| | 05/09/2023 | 0.705 | $35.42 | $24.97 | | | | | |
| | 05/09/2023 | 193.000 | $35.41 | $6,834.13 | | | | | |
| | 05/19/2023[A] | 1,022.764 | $33.16 | $33,914.85 | | | | | |
| | 06/08/2023 | 0.071 | $32.63 | $2.32 | | | | | |
| | 08/24/2023 | 0.605 | $32.53 | $19.68 | | | | | |
| | 08/24/2023 | 369.000 | $32.52 | $11,999.88 | | | | | |
| | 09/01/2023 | 0.199 | $32.84 | $6.54 | | | | | |
| | 11/09/2023 | 0.376 | $31.08 | $11.69 | | | | | |
| | 11/09/2023 | 384.000 | $31.07 | $11,931.88 | | | | | |
| | 12/04/2023 | 0.205 | $31.99 | $6.56 | | | | | |
| | | **8,539.343** | | **$299,030.06** | | **8,539.343** | | **$254,822.53** | **($44,207.53)** |
| **Brett Doyle - Account 2** | 02/17/2023 | 0.336 | $38.04 | $12.78 | held | 813.111 | $29.84 | $24,264.05 | |
| | 02/17/2023 | 5.000 | $38.04 | $190.19 | | | | | |
| | 03/02/2023 | 0.565 | $37.91 | $21.42 | | | | | |
| | 03/02/2023 | 47.000 | $37.91 | $1,781.77 | | | | | |
| | 03/17/2023 | 0.650 | $35.93 | $23.35 | | | | | |
| | 03/17/2023 | 5.000 | $35.93 | $179.64 | | | | | |
| | 03/24/2023 | 0.033 | $35.25 | $1.16 | | | | | |
| | 03/24/2023 | 0.086 | $35.24 | $3.03 | | | | | |
| | 03/24/2023 | 124.000 | $35.24 | $4,369.43 | | | | | |
| | 03/24/2023 | 124.000 | $35.25 | $4,370.83 | | | | | |
| | 03/30/2023 | 0.082 | $35.23 | $2.89 | | | | | |
| | 03/30/2023 | 103.000 | $35.23 | $3,628.69 | | | | | |
| | 04/03/2023 | 0.315 | $35.65 | $11.23 | | | | | |
| | 04/03/2023 | 25.000 | $35.64 | $891.02 | | | | | |
| | 04/04/2023 | 0.670 | $35.49 | $23.77 | | | | | |
| | 04/04/2023 | 173.000 | $35.49 | $6,139.63 | | | | | |
| | 04/14/2023 | 0.704 | $35.59 | $25.06 | | | | | |
| | 04/14/2023 | 5.000 | $35.59 | $177.93 | | | | | |
| | 04/28/2023 | 0.525 | $36.91 | $19.38 | | | | | |
| | 04/28/2023 | 16.000 | $36.90 | $590.40 | | | | | |
| | 05/09/2023 | 0.725 | $35.40 | $25.67 | | | | | |
| | 05/09/2023 | 20.000 | $35.39 | $707.80 | | | | | |
| | 05/12/2023 | 0.974 | $33.99 | $33.11 | | | | | |
| | 05/12/2023 | 5.000 | $33.98 | $169.90 | | | | | |
| | 05/25/2023 | 0.359 | $32.71 | $11.74 | | | | | |
| | 05/25/2023 | 6.000 | $32.71 | $196.24 | | | | | |
| | 06/08/2023 | 0.213 | $32.59 | $6.94 | | | | | |
| | 06/08/2023 | 9.000 | $32.59 | $293.32 | | | | | |
| | 06/23/2023 | 0.023 | $33.26 | $0.76 | | | | | |
| | 06/23/2023 | 9.000 | $33.25 | $299.25 | | | | | |
| | 07/06/2023 | 0.129 | $32.88 | $4.24 | | | | | |
| | 07/06/2023 | 9.000 | $32.88 | $295.92 | | | | | |
| | 08/21/2023 | 0.190 | $32.17 | $6.11 | | | | | |
| | 08/21/2023 | 11.000 | $32.17 | $353.87 | | | | | |
| | 08/24/2023 | 0.064 | $32.53 | $2.08 | | | | | |
| | 08/24/2023 | 9.000 | $32.53 | $292.73 | | | | | |
| | 08/24/2023 | 28.000 | $32.53 | $910.82 | | | | | |
| | 08/31/2023 | 0.740 | $33.52 | $24.80 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 08/31/2023 | 10.000 | $33.52 | $335.18 | | | | |
| | 09/15/2023 | 0.757 | $33.53 | $25.38 | | | | |
| | 09/15/2023 | 10.000 | $33.52 | $335.20 | | | | |
| | 09/28/2023 | 0.482 | $31.36 | $15.11 | | | | |
| | 09/28/2023 | 11.000 | $31.36 | $344.91 | | | | |
| | 10/13/2023 | 0.344 | $29.82 | $10.26 | | | | |
| | 10/31/2023 | 0.335 | $29.86 | $10.00 | | | | |
| | 11/08/2023 | 0.482 | $31.11 | $15.00 | | | | |
| | 11/09/2023 | 0.297 | $31.08 | $9.23 | | | | |
| | 11/09/2023 | 39.000 | $31.08 | $1,211.93 | | | | |
| | 11/27/2023 | 0.031 | $32.23 | $1.00 | | | | |
| | | **813.111** | | **$28,412.09** | | **813.111** | **$24,264.05** | **($4,148.05)** |
| **Brett Doyle - Account 3** | 03/24/2023 | 0.438 | $35.19 | $15.42 | 05/19/2023[B] | 522.764 | $33.16 | $17,334.85 |
| | 03/24/2023 | 248.000 | $35.20 | $8,729.60 | 01/02/2024[B] | 159.686 | $29.80 | $4,758.64 |
| | 03/30/2023 | 0.970 | $35.24 | $34.18 | | | | |
| | 03/30/2023 | 100.000 | $35.24 | $3,523.50 | | | | |
| | 03/30/2023 | 153.000 | $35.24 | $5,391.60 | | | | |
| | 04/28/2023 | 0.206 | $36.91 | $7.60 | | | | |
| | 04/28/2023 | 10.000 | $36.91 | $369.10 | | | | |
| | 05/09/2023 | 0.150 | $35.43 | $5.31 | | | | |
| | 05/09/2023 | 10.000 | $35.43 | $354.25 | | | | |
| | 05/23/2023 | 0.654 | $33.88 | $22.16 | | | | |
| | 05/23/2023 | 152.000 | $33.88 | $5,149.00 | | | | |
| | 06/08/2023 | 0.045 | $32.63 | $1.47 | | | | |
| | 08/24/2023 | 0.424 | $32.53 | $13.79 | | | | |
| | 08/24/2023 | 3.000 | $32.53 | $97.58 | | | | |
| | 11/09/2023 | 0.563 | $31.08 | $17.50 | | | | |
| | 11/09/2023 | 3.000 | $31.08 | $93.24 | | | | |
| | | **682.450** | | **$23,825.29** | | **682.450** | **$22,093.50** | **($1,731.79)** |
| **Brett Doyle - Account 4** | 05/09/2023 | 0.126 | $35.39 | $4.46 | held | 0.416 | $29.84 | $12.41 |
| | 08/24/2023 | 0.142 | $32.53 | $4.62 | | | | |
| | 11/09/2023 | 0.148 | $31.08 | $4.60 | | | | |
| | | **0.416** | | **$13.68** | | **0.416** | **$12.41** | **($1.26)** |
| **Movants' Total** | | **26,186.320** | | **$852,834.59** | | **26,186.320** | **$784,020.66** | ***($68,813.93)*** |

\*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $29.84 as of March 05, 2024 for ADR.

\*\*For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

[A]Shares that were received in.
[B]Shares that were delivered out.