UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY DAVID, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH AMERICAN TOBACCO P.L.C., JACK MARIE HENRY DAVID BOWLES, TADEU MARROCO, and JAVED IQBAL, <br><br> Defendants. | Case No.  1:24-cv-00517-AMD-MMH |

DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF JEAN LEE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Jean Lee ("Lee"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Lee's motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of her selection of Pomerantz as Lead Counsel for the Class; and in opposition to competing motions.

2.    Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration in Further Support of Lead Plaintiff Motion executed by Lee on April 3, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 8, 2024.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1