# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY DAVID, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AMERICAN TOBACCO P.L.C., JACK MARIE HENRY DAVID BOWLES, TADEU MARROCO and JAVED IQBAL,<br><br>Defendants. | Case No. 1:24-cv-00517-AMD-MMH<br><br>CLASS ACTION |

## JOINT STIPULATION CONCERNING VOLUNTARY DISMISSAL

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff Jean Lee ("Plaintiff") hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), as to all Defendants. The dismissal with respect to Plaintiff's claims, but not absent class members' claims, is with prejudice.

No Defendant has served an answer or motion for summary judgment, and the Action has not been certified as a class action. Accordingly, the dismissal of the Action is effective upon filing of this Joint Stipulation.

Plaintiff and Defendants agree that each side will bear its own costs and fees associated with this Action.

IT IS SO STIPULATED AND AGREED TO THIS 18th DAY OF DECEMBER 2024

| **POMERANTZ LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| By: */s/ Omar Jafri*  <br>    Omar Jafri | By: */s/ Gary A. Bornstein*  <br>    Gary A. Bornstein |
| Joshua B. Silverman <br>(admitted *pro hac vice*) <br>Omar Jafri <br>(admitted *pro hac vice*) <br>Genc Arifi <br>(admitted *pro hac vice*) <br>10 South LaSalle Street, Suite 3505 <br>Chicago, Illinois 60603 <br>Tel: (312) 377-1181 <br>Fax: (312) 229-8811 <br>jbsilverman@pomlaw.com <br>ojafri@pomlaw.com <br>garifi@pomlaw.com | Gary A. Bornstein <br>Lauren Rosenberg <br>Two Manhattan West <br>375 Ninth Avenue <br>New York, New York 10001 <br>Tel: (212) 474-1000 <br>gbornstein@cravath.com <br>lrosenberg@cravath.com <br><br>*Counsel for Defendants British American Tobacco p.l.c., Jack Marie Henry David Bowles, Tadeu Marroco and Javed Iqbal* |

-and-

Jeremy A. Lieberman  
J. Alexander Hood II  
James M. LoPiano  
600 Third Avenue, 20th Floor  
New York, New York 10016  
Tel: (212) 661-1100  
Fax: (917) 463-1044  
jalieberman@pomlaw.com  
ahood@pomlaw.com  
jlopiano@pomlaw.com  

*Counsel for Jean Lee and Lead Counsel for the Proposed Class*

SO ORDERED this _____ day of _____, 2024

_____  
HONORABLE ANN M. DONNELLY  
UNITED STATES DISTRICT JUDGE  
EASTERN DISTRICT OF NEW YORK